JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 3, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOZONE LABORATORIES, INC., et. al.,<br><br>Plaintiff,<br><br>vs.<br><br>BEVERLY GLEN LABORATORIES, INC., et. al.,<br><br>Defendants. | CASE NO. 8:20-CV-00201-PSG-KES<br><br>ORDER GRANTING JOINT STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION |

Pursuant to the joint stipulation entered into by and between Plaintiff Biozone Laboratories, Inc. on the one hand and Defendants Beverly Glen Laboratories, Inc., Akira Kodama, Shinjiro Kawakami, and Brian Keller on the other hand, it is ordered that:

1. The parties shall arbitrate the following causes of action before JAMS: (1) Infringement of Registered Trademark; (2) Unfair Competition (15 U.S.C. §1125(a)); (3) Unfair Competition (Cal. Bus. & Prof. Code §17200); (4) Dissemination of false advertisements (15 U.S.C. §52); (5) Deceptive Trade Practices (15 U.S.C. §52); (6) False Advertising (Cal. Bus. & Prof. Code §17500);

(7) Misappropriation of Trade Secrets (Cal. Civil Code §3426); (8) Dilution of a Registered Trademark (18 U.S.C. §1125); (9) Trafficking in Counterfeit Goods (18 U.S.C. §2320); (10) Importing of Counterfeit Products (18 U.S.C. §2323); (11) False Designation of Origin/Unfair Competition or Misleading Advertising (15 U.S.C. §1125(a)); (12) Tortious Interference with Business Expectancy; (13) California Common Law Unfair Competition; and (14) Declaratory Relief.

2. The matter shall be stayed as to the above causes of action pending binding arbitration.

3. Within a reasonable time after a final award is granted or settlement is reached, any party shall advise this Court of the outcome of the arbitration proceedings, or any settlement.

4. The cause of action asserted by Creative Concepts Holdings, LLC against Defendants Brian C. Keller and Richard Estalella for Misrepresentation shall not be stayed. The case is closed and may be re-opened by application of any party.

IT IS SO ORDERED.

Dated:   4/3/2020

UNITED STATES DISTRICT JUDGE